UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUDITH MICHAELIAN,

    Plaintiff,

v.

LAWSUIT FINANCIAL INC.,
a Michigan Foreign Profit
Corporation, and MARK M.
BELLO, an individual

    Defendant.

Case No. 17-13321
Hon. Terrence G. Berg

# ORDER SETTING PRELIMINARY INJUNCTION BRIEFING AND HEARING SCHEDULE AND INSTRUCTING PARTIES TO PRODUCE DOCUMENTS

Parties appeared for an initial hearing on Plaintiff's Motion for a Temporary Restraining Order, Dkt. 2, on October 13, 2017.

As the Court indicated on the record during that hearing it has taken Plaintiff's motion under advisement, and has set the following, additional briefing and hearing schedule for parties.

- **October 19, 2017**: Defendants' response to Plaintiff's Motion for a Temporary Restraining Order.

- **October 23, 2017**: Plaintiff's reply to Defendant's Response to the Motion for a Temporary Restraining Order. This reply should include an explanation of why Plaintiff's interest in Dr. Michaelian's investment with Defendants would not conflict with any interest Dr. Michaelian's estate might claim, or whether Plaintiff is suing in her capacity as a representative of Dr. Michaelian's estate.

- **October 24, 2017 at 2:00 p.m.:** Hearing on Plaintiff's Motion for a TRO.

The Court has also ordered the parties to produce—either to the Court or each other—the following documents.

**Plaintiff is ordered to provide the Court:**

1. Documentation of each of Dr. Michaelian's investments with Defendants alleged in the Complaint.

2. Signed copies of all Split Funding Agreements, as well as any other agreements, between Dr. Michaelian and Defendants.

3. Any spreadsheets Dr. Michaelian sent to Mr. Mello summarizing his investments as well as Mr. Mello's responses, if any, to those spreadsheets.

**Defendants are ordered to provide the Court:**

1. A representative sample of Defendants' Pending Claims and Litigation Purchase Agreements for cases in which Dr. Michaelian's funds were invested.

2. Copies of any signed Split Funding Agreements, as well as any other agreements between Defendants and Mr. Michaelian.

**Defendants are ordered to provide Plaintiff:**

1. A complete accounting of how Dr. Michaelian's funds have been used during the course of his investments, beginning in 2014.

2. Full access to examine all Pending Claims and Litigation Purchase Agreements for cases in which Dr. Michaelian's funds were invested.

3. A certified balance sheet and income statement for Lawsuit Financial, Inc.

**SO ORDERED.**

| | |
|---|---|
| Dated: October 13, 2017 | s/Terrence G. Berg<br>TERRENCE G. BERG<br>UNITED STATES DISTRICT JUDGE |

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on October 13, 2017.

s/A. Chubb<br>
Case Manager