**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| JUDITH MICHAELIAN,<br><br>                Plaintiff,<br><br>v.<br><br>LAWSUIT FINANCIAL, INC.<br>and MARK M. BELLO,<br><br>                Defendants. | Case No. 17-13321<br>Hon. Terrence G. Berg |

**ORDER FILING REPORT OF COURT-APPOINTED SPECIAL MASTER/EXAMINER UNDER SEAL AND DIRECTING PARTIES TO SHOW CAUSE WHY REPORT SHOULD NOT BE UNSEALED**

On October 30, 2018, the Court issued an Order appointing BL Consultants, LLC, of 260 E. Brown Street, Suite 280, Birmingham, Michigan (Barry P. Lefkowitz, Managing Director) as special master/examiner. ECF No. 62 PageID.6097. BL Consultants was charged with investigating the financial health of Defendant Lawsuit Financial, Inc., pursuant to the parties' joint stipulation. *Id*. The investigation was to address the following areas of inquiry:

- The current financial health and stability of LFC, including an assessment of its assets and short and long-term debt obligations, and its long-term sustainability and viability, both assuming LFC receives no additional capital

and assuming that LFC receives capital injections at various levels during the next 12-24 months;

- The ability of LFC to fund the payment of a settlement or judgment in the amount of approximately $800,000 (less the $266,000 LFC has escrowed or repaid to date), with monthly payments over a 24-36 month time frame, while continuing to operate under its current business model of funding cases; and

- A determination of the largest regular monthly payment that LFC could consistently make while still continuing operations.

The special master/examiner has completed his report and submitted it to the Court. The report is attached under seal as an appendix to this Order. The Clerk of the Court will serve copies of the report upon the parties. Once the parties have inspected the it, the Court is inclined to unseal the report because its findings are pertinent to motions that are currently pending. However, the Court will give the parties the opportunity to be heard on whether the report should be made public. Accordingly, the parties are directed to show cause within fourteen (14) days of the date of this Order why the special master/examiner's report should not be unsealed. Failure to respond will be construed to indicate no objection to the public filing of the report.

**SO ORDERED.**

Dated: December 21, 2018    s/Terrence G. Berg
                            TERRENCE G. BERG
                            UNITED STATES DISTRICT JUDGE

**Certificate of Service**

     I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on December 21, 2018.

                        s/A. Chubb
                        Case Manager